FILED:  April 16, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 26-1452

_____

In re: KENNETH ANDERSON BROWN

Petitioner

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
|---|---|
| Date Petition Filed: | 04/15/2026 |
| Petitioner(s) | Kenneth Brown |
| Appellate Case Number | 26-1452 |
| Case Manager | R. Sewell 804-916-2702 |